# Exhibit D



# Notice of Service of Process

null / ALL
Transmittal Number: 21203527
Date Processed: 03/02/2020

| | |
|---|---|
| **Primary Contact:** | Arlene Smith<br>Liberty Mutual Insurance Company<br>175 Berkeley St<br>Boston, MA 02116-5066 |
| **Entity:** | Safeco Insurance Company Of America<br>Entity ID Number 2781189 |
| **Entity Served:** | Safeco Insurance Company of America |
| **Title of Action:** | JDV Wesleyan Place, LLC vs. Safeco Insurance Company of America |
| **Matter Name/ID:** | JDV Wesleyan Place, LLC vs. Safeco Insurance Company of America (10068602) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Jefferson County Circuit Court, KY |
| **Case/Reference No:** | 20-CI-001503 |
| **Jurisdiction Served:** | Kentucky |
| **Date Served on CSC:** | 03/02/2020 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| **Sender Information:** | Jeffrey A. Gorski<br>Not Shown |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

David L. Nicholson, Jefferson Circuit Clerk
600 West Jefferson Street
Louisville, KY 40202-4731

CORPORATION SERVICE COMPANY
421 WEST MAIN STREET
FRANKFORT, KY 40601



## KCOJ eFiling Cover Sheet

Case Number: 20-CI-001503

Envelope Number: 2268813

Package Retrieval Number: 226881316099447@00000941300

Service by: Certified Mail

Service Fee: $ 0.00

Postage Fee: $ 12.50

The attached documents were generated via the Kentucky Court of Justice eFiling system. For more information on eFiling, go to http://courts.ky.gov/efiling.


Package:000001 of 000006


Presiding Judge: HON. MITCH PERRY (630267)

Package : 000001 of 000006

Page 1 of 1                                Generated: 2/27/2020 9:15:07 AM

| | | |
|---|---|---|
| AOC-E-105  Sum Code: CI<br>Rev. 9-14<br>Commonwealth of Kentucky<br>Court of Justice   Courts.ky.gov<br>CR 4.02; Cr Official Form 1 | <br>**CIVIL SUMMONS** | Case #: **20-CI-001503**<br>Court:  **CIRCUIT**<br>County: **JEFFERSON Circuit** |

*Plantiff,* JDV WESLEYAN PLACE, LLC, ET AL VS. SAFECO INSURANCE COMPANY, *Defendant*

TO:  CORPORATION SERVICE COMPANY
     421 WEST MAIN STREET
     FRANKFORT, KY 40601

Memo: Related party is SAFECO INSURANCE COMPANY OF AMERICA

The Commonwealth of Kentucky to Defendant:
**SAFECO INSURANCE COMPANY OF AMERICA**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*/s/ Davis L. Nicholson*
Jefferson Circuit Clerk
Date: **2/26/2020**

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20____

_____   Served By

_____   Title



Summons ID: 226881316099447@00000941300
CIRCUIT: 20-CI-001503 Certified Mail
JDV WESLEYAN PLACE, LLC, ET AL VS. SAFECO INSURANCE COMPANY

 eFiled

Page 1 of 1

*Package:000002 of 000006 — Presiding Judge: HON. MITCH PERRY (630267) — Package : 000002 of 000006*

Filed     20-CI-001503    02/26/2020     David L. Nicholson, Jefferson Circuit Clerk

NO.                                 **JEFFERSON CIRCUIT COURT**
                                           **DIVISION**

*-Filed Electronically-*

**JDV WESLEYAN PLACE, LLC**                      **PLAINTIFFS**

And

**DAVID L. DATTILO**

V.                          <u>**COMPLAINT**</u>

**SAFECO INSURANCE COMPANY**                  **DEFENDANTS**
**OF AMERICA**
62 Maple Avenue
Keene, NH 03431

      Serve: Corporation Service Company
              421 West Main Street
              Frankfort, KY 40601

\* \* \* \* \* \*

Come now the Plaintiffs, JDV Wesleyan Place, LLC (hereinafter "JDV") and David Dattilo (hereinafter "Dattilo"), and for their Complaint against the Defendant, Safeco Insurance Company of America (hereinafter "Safeco"), states as follows:

1. That at all times relevant hereto, Plantiff, JDV is, and was, limited liability company organized under the laws of the Commonwealth of Kentucky with a principal office in Jefferson County, Kentucky.

2. Plaintiff, Dattilo, is and at all times relevant hereto was, a resident of Jefferson County, Kentucky.

1 | Page

Package:000003 of 000006    Presiding Judge: HON. MITCH PERRY (630267)    Package : 000003 of 000006

3. Defendant, Safeco, is an insurance carrier registered with the Kentucky Department of Insurance and authorized to do, and doing, business within the Commonwealth of Kentucky, including Jefferson County, Kentucky.

## FACTS

4. Plaintiff restates and realleges all averments in Paragraphs 1 through 3 above as if fully restated herein.

5. On or about August 6, 2018, Defendant, Safeco, issued policy of insurance number OK6712910, titled "Landlord Protection Policy" to Plaintiff, Dattilo, providing coverage for the premises owned by Plaintiff JDV for the period August 6, 2018-August 6, 2019.

6. That in December, 2018, Plaintiffs notified Defendant, Safeco of damage to the premises covered by the property, including physical damage to the premises as well as eventual loss of rental income.

## COUNT I: BREACH OF CONTRACT

7. Plaintiff restates and realleges all averments in paragraphs 1 through 6 above as if fully restated herein.

8. That the Defendant has breached its contract of insurance with Plaintiffs by failing to fully provide coverage for all physical damage done to the covered premises.

9. That the Defendant has breached its contract of insurance with Plaintiffs by failing to pay covered amounts for loss of rental income as covered by the policy of insurance.

2 | Page

Package:000004 of 000006
Presiding Judge: HON. MITCH PERRY (630267)
Package : 000004 of 000006

### COUNT II: UNFAIR CLAIMS SETTLEMENT PRACTICES

10. Plaintiff restates and realleges all averments in paragraphs 1 through 9 above as if fully restated herein.

11. That the actions of Defendant in refusing to pay damages clearly called for under the policy of insurance constitute a violation of KRS 304.12-230.

### COUNT III: PUNITIVE DAMAGES

12. Plaintiff restates and realleges all averments set forth in paragraphs 1 through 11 as if fully restated herein.

13. That the Defendant's refusal to pay damages clearly covered under the policy of insurance constitute willful, wanton, oppressive, malicious or grossly negligent actions.

14. That Plaintiff is, therefore, entitled to punitive damages in an amount sufficient to punish the Defendants for their willful, wanton, oppressive, malicious and grossly negligent conduct.

WHEREFORE, Plaintiffs, JDV Wesleyan Place, LLC and David Dattilo, demand judgment against the Defendant, Safeco Insurance Company of America, as follows:

1. For an award of compensatory damages as determined by a jury after a trial;

2. For an award of punitive damages in an amount sufficient to punish the Defendants for their grossly negligent conduct;

3. For a trial by jury on all issues so triable;

3 | Page

Package:000005 of 000006
Presiding Judge: HON. MITCH PERRY (630267)
Package : 000005 of 000006

Filed             20-CI-001503   02/26/2020        David L. Nicholson, Jefferson Circuit Clerk

4. For their costs expended herein, including a reasonable attorney fee; and

5. Any and all other relief to which they may appear entitled.

Respectfully submitted,

/S/ Jeffrey A. Gorski
Jeffrey A. Gorski
GORSKI LAW OFFICE, PSC
821 South Second St.
Louisville, KY 40203
Counsel for Plaintiff

### CERTIFICATE OF SERVICE

This will certify that a true copy of the foregoing has been filed electronically for service by Certified U.S. Mail to the agents for service of process listed above, on this the 26h day of February 2020.

/S/ Jeffrey A. Gorski
Jeffrey A. Gorski

4 | P a g e

Package:000006 of 000006
Presiding Judge: HON. MITCH PERRY (630267)
Package : 000006 of 000006

