**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
*Electronically Filed*

| | |
|---|---|
| JDV WESLEYAN PLACE, LLC and<br>DAVID L. DATTILO<br><br>        Plaintiffs<br><br>v.<br><br>SAFECO INSURANCE<br>COMPANY OF AMERICA<br><br>        Defendant | No. 3:20-cv-00208-CHB<br>Removed from Jefferson Circuit Court<br>Case No. 20-CI-001503 |

**JOINT NOTICE OF SETTLEMENT**

Plaintiffs David Dattilo and JDV Wesleyan Place LLC and Defendant Safeco Insurance Company of America hereby provide notice that the Parties have resolved this matter and are currently working to finalize a settlement agreement and a stipulated dismissal with prejudice.

In light of this settlement, the Parties request that any upcoming deadlines and/or conferences be removed from the Court's docket and/or postponed.

Once the settlement is finalized, the Parties will file a proposed Agreed Order of Dismissal with Prejudice for the Court's convenience and review.

2

**JOINTLY SUBMITTED BY:**

/s/ Samuel W. Wardle
Douglas W. Langdon
Samuel W. Wardle
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202-3363
(502) 589-5400 - Phone
(502) 581-1087 - Fax
dlangdon@fbtlaw.com
swardle@fbtlaw.com
*Counsel for Defendant,*
*Safeco Insurance Company of America*

/s/ Jeffrey A. Gorski (w/ permission)
Jeffrey A. Gorski
GORSKI LAW OFFICE, PSC
821 South Second St.
Louisville, KY 40203
jgorskilaw@aol.com
*Counsel for Plaintiffs*

**Copies to**:

Douglas W. Langdon
Samuel W. Wardle
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202-3363

Jeffrey A. Gorski
GORSKI LAW OFFICE, PSC
821 South Second St.
Louisville, KY 40203

0000T69.0730343   4849-6549-3697v1