UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JDV WESLEYAN PLACE, LLC and
DAVID L. DATTILO,                                              Plaintiffs,

v.                                        Civil Action No. 3:20-cv-208-DJH-RSE

SAFECO INSURANCE COMPANY OF
AMERICA,                                                       Defendant.

\* \* \* \* \*

### **ORDER**

The parties having agreed to a settlement of all matters in this case (Docket No. 16), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action is **DISMISSED** without prejudice. All dates and deadlines previously set in this matter are **VACATED**.

The parties shall tender an agreed order of dismissal with prejudice within **thirty (30) days** of entry of this Order. The Court will entertain a motion to redocket the action within thirty (30) days of entry of this Order in the event the settlement is not consummated.

1