UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JDV WESLEYAN PLACE, LLC and
DAVID L. DATTILO, Plaintiffs,

v. Civil Action No. 3:20-cv-208-DJH-RSE

SAFECO INSURANCE COMPANY OF
AMERICA, Defendant.

\* \* \* \* \*

# **ORDER**

The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared. (Docket No. 18) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **STRICKEN** from the Court's active docket.